# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDICE GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-00630-MCS-PLA<br><br>**JUDGMENT** |

Pursuant to the Court's Findings of Fact and Conclusions of Law, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant United of Omaha Life Insurance Company and against Plaintiff Kandice Gray. The Complaint is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: January 29, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1